IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORA T. SALEEBA, | : | 3:12-cv-1324 |
| | : | |
| Plaintiff, | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| CAROLYN COLVIN, | : | |
| Under Commissioner of the Social | : | |
| Security Administration, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### March 27, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY**

**ORDERED THAT:**

1. The Clerk of Court shall **ENTER JUDGMENT** in favor of Plaintiff and against Defendant.

2. The decision of the Commissioner of Social Security denying Plaintiff disability insurance benefits is **VACATED** and the case is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with this Memorandum.

3. The Clerk of the Court shall **CLOSE** this case.

s/ John E. Jones III
John E. Jones III
United States District Judge
